```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           )
                                   ) Criminal No. 09-10216-MLW
            v.                     )
                                   )
1. LEYVAN ALVAREZ-BASTIDAS,        )
       a.k.a. "Ivan"               )
2. HECTOR JAVIER CASTRO-MEZA       )
       a.k.a. "Pepe"               )
3. LUIS ALBERTO ZAPATA-SANCHEZ,    )
       a.k.a. "El Negro"           )
4. GUSTAVO CASTRO-CAICEDO,         )
       a.k.a. "Luis Amaro"         )
5. FIDEL ALBERTO RUALES-VALLIJO,   )
       a.k.a. "Cui"                )
6. MAY ADOLFO MORCILLO-MOLINA,     )
       a.k.a. "May"                )
7. BERNARDO ALBERTO MERINO-CUARAN, )
       a.k.a. "Gaviota"            )
8. ALEX CASTRO-CORTES,             )
       a.k.a. "Alex," or "Ali"     )
                                   )
            Defendants.            )
```

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the above-captioned matter.

> Respectfully submitted,
>
> CARMEN M. ORTIZ
> United States Attorney
>
> By:  */s/: George W. Vien*
>
> George W. Vien
> Assistant U.S. Attorney
> United States Attorney's Office
> One Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3236

Dated: July 22, 2010

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 22, 2010.

                                                 */s/: George W. Vien*
                                                 George W. Vien
                                                 Assistant U.S. Attorney

Dated: July 22, 2010